EDWARD M. FULLERTON, Respondent, v. AUSTIN O'BRIEN, T. EDWIN O'BRIEN and CARL M. COATES, Appellants.— Judgment and order affirmed, with costs. Memorandum: A fair question of fact as to the negligence of the defendants was presented and we are of the opinion that the verdict was justified. We have considered the amount of the verdict and find no error therein. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

HERBERT LOESCH, Respondent, v. AUSTIN O'BRIEN, T. EDWIN O'BRIEN and CARL M. COATES, Appellants.— Judgment and order affirmed, with costs. Memorandum: A fair question of fact as to the negligence of the defendants was presented and we are of the opinion that the verdict was justified. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

CORA A. LANDY, as Administratrix, etc., of GEORGE E. LANDY, Deceased, Respondent, v. AUSTIN O'BRIEN, T. EDWIN O'BRIEN and CARL M. COATES, Appellants.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellants to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $7,800, as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. Memorandum: A fair question of fact as to the negligence of the defendants was presented and we are of the opinion that a verdict for the plaintiff was justified. Considering, however, the earning capacity of the deceased, and his age, we deem the verdict excessive. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

MURRAY F. HORN, Respondent, v. CITY OF JAMESTOWN, DEPARTMENT OF PUBLIC UTILITIES, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

HAROLD PHILLIPS, Respondent, v. CITY OF JAMESTOWN, DEPARTMENT OF PUBLIC UTILITIES, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

ELI SOBEL, Appellant, v. JOSEPH STERNBERG and Another, Respondents.— Leave granted to prosecute the action and the appeal as a poor person and William R. Goldbas, Esq., assigned as attorney to prosecute said action and appeal. Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.